2010R00976/MET

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 12-135 |
| v. | : | |
| | : | 21 U.S.C. §§ 846, 841(a)(1), |
| ANTHONY CAMACHO | : | (b)(1)(A) |
| | : | |
| | : | **INDICTMENT** |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

## COUNT ONE

From at least as early as in or around March 2009 through on or about June 29, 2011, in Essex County, in the District of New Jersey and elsewhere, the defendant,

ANTHONY CAMACHO

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 12-cr-135(Dmc)

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

ANTHONY CAMACHO

**INDICTMENT FOR**

21 U.S.C. § 846

A True Bill,

_____
Foreperson

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

MARY E. TOSCANO
SPECIAL ASSISTANT U.S. ATTORNEY
(973) 645-2765

USA-48AD 8
(Ed. 1/97)